# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:14cr89/MCR

MICHAEL SEAN DAVIS

_____/

## ORDER RESCHEDULING TRIAL FOR MARCH 2, 2015

      This matter is before the Court on Defendant's Motion to Continue Trial Date (doc. 23) and a Waiver of Rights Under Speedy Trial Act (doc. 24). Upon consideration of Defendant's motion for continuance, the Court finds that a reasonable delay of the trial from January 5, 2015, until March 2, 2015, is appropriate, for the reasons set forth in the motion. The ends of justice that will be served by granting this continuance outweigh the interest of the public and the Defendant in a more speedy trial. Accordingly, Defendant's Motion to Continue Trial Date (doc. 23) is GRANTED. The clerk shall re-notice the trial for Monday, March 2, 2015.

      **SO ORDERED** this 9th day of December, 2014.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **CHIEF UNITED STATES DISTRICT JUDGE**