# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO:   3:14CR89/MCR

**MICHAEL SEAN DAVIS**
  a/k/a "Sean Davis"

## MOTION FOR ORDER ALLOWING DISCLOSURE
## OF SEALED DOCUMENT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney and moves this Court for an Order allowing disclosure of sealed Doc. 36.

1. On or about March 13, 2015, the defendant pled guilty to the Indictment. (Docs. 32-36). At the time of the defendant's guilty plea, a publicly accessible plea agreement and a factual basis for guilty plea were filed with the Clerk of Court. (Docs. 34 & 35). Further, a sealed supplement to plea agreement was filed. (Doc. 36).

2. The defendant has been identified as a potential witness in the case of *United States v. Richard Michael Colbert*, 3:15cr36/MCR.

3. Therefore, pursuant to its discovery obligations found in Federal Rules of Criminal Procedure, Rule 16 and *Brady*, the government is required to provide a copy of the sealed supplement to plea agreement to Colbert's defense counsel.

4. Based upon the aforementioned, the government asks this Court to enter an Order authorizing the government to provide a copy of the sealed supplement to plea agreement, Doc. 36, to Jimmy Judkins and Larry Simpson, and further order that defense counsel not provide a copy of said document to any persons outside his office.

WHEREFORE, the government seeks an Order from the Court allowing disclosure of Doc. 36.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502
850-444-4000

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that Jennifer Hart, counsel for Michael Sean Davis, has been contacted regarding this motion and she does NOT object.

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be provided via the Court's CM/ECF system to all parties of record on this 10th day of July, 2015.

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
